1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

11

COLUMBIA RIVERKEEPER, SIERRA
CLUB, CENTER FOR BIOLOGICAL
DIVERSITY, WASHINGTON
ENVIRONMENTAL COUNCIL, and
WASHINGTON PHYSICIANS FOR
SOCIAL RESPONSIBILITY,

12

13

14

               Plaintiffs,

15

    v.

16

UNITED STATES ARMY CORP OF
ENGINEERS, and NATIONAL MARINE
FISHERIES SERVICE,

17

18

               Defendants.

19

   and

20

PORT OF KALAMA,

21

               Intervenor-Defendant.

22

23

24

CASE NO. 19-6071 RJB

ORDER DENYING MOTION FOR
RECONSIDERATION

1   This matter comes before the Court on the Intervenor-Defendant Port of Kalama's

2   ("Port") Motion for Reconsideration or Clarification.  Dkt. 84.  The Court has considered the

3   pleadings filed regarding the motion and the file herein.

4          In its motion, the Port moves for reconsideration or clarification of a portion of the

5   Court's November 23, 2020 Order on Cross Motions for Summary Judgment ("Prior Order")

6   (Dkt. 83).  Dkt. 84.  In particular, the Port moves for reconsideration or clarification of the

7   portion of the Prior Order which remands the case to the Defendant United States Army Corps of

8   Engineers ("Corps") to conduct an Environmental Impact Statement ("EIS") before issuing

9   permits under the Clean Water Act ("CWA") and Rivers and Harbors Act ("RHA") for the

10  project at issue.  *Id*.  The facts and procedural history of the case are in the Prior Order (Dkt. 83)

11  and are adopted here.

12         **Standard on Motion for Reconsideration**.  Western District of Washington Civil Rule

13  of Procedure 7(h)(1) provides, "[m]otions for reconsideration are disfavored. The court will

14  ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or

15  a showing of new facts or legal authority which could not have been brought to its attention

16  earlier with reasonable diligence."

17         **Discussion**.  The Port's motion for reconsideration or clarification (Dkt. 84) should be

18  denied.  It has failed to show a "manifest error in the prior ruling" or "new facts or legal

19  authority which could not have been brought to the [court's] attention earlier with reasonable

20  diligence."  The Prior Order found that the Corps was arbitrary and capricious in relying on

21  EIS's (and supplements) conducted by the county and state when it was aware that those EIS

22  were being supplemented and that review was ongoing.  These are the grounds that the Port

23  focuses on in its motion.  The Port, however, focuses on only a portion of the Prior Order's

24

ORDER DENYING MOTION FOR RECONSIDERATION - 2

1   holding on the question of whether the Corps is required to conduct a full EIS.  The Prior Order

2   also found that "[t]he complex and ongoing state proceedings demonstrate that there is

3   considerable controversy about the Project's size, nature or effect" requiring that the Corps

4   conduct a full EIS.  Dkt. 83.  It further found that the Plaintiffs "raised a 'substantial question' as

5   to the Project's potential significant impact on the environment."  *Id.* (*quoting Ocean Advocates*

6   *v. U.S. Army Corps of Engineers*, 402 F.3d 846, 867 (9th Cir. 2005)).  In the Court's Prior Order,

7   the Court made no order regarding the Corps use of, or reference to, county and state studies or

8   SEPA documents in preparing the Corps' EIS.  The motion for reconsideration or clarification

9   (Dkt. 84) should be denied and the Prior Order (Dkt. 83), including its decision requiring the

10  Corps to conduct an EIS, should be affirmed.

### ORDER

12        Therefore, it is hereby **ORDERED** that:

13        (1) Intervenor-Defendant Port of Kalama's Motion for Reconsideration or Clarification.

14            (Dkt. 84) **IS DENIED;** and

15        (2) The November 23, 2020 Order on Cross Motions for Summary Judgment (Dkt. 83),

16            including its decision requiring the Corps to conduct an EIS, **IS AFFIRMED**.

17        The Clerk is directed to send uncertified copies of this Order to all counsel of record and

18  to any party appearing pro se at said party's last known address.

19        Dated this 9th day of December, 2020.

ROBERT J. BRYAN
United States District Judge